UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK BROWN,<br>   Petitioner,<br>  v.<br>S. TORRES,<br>   Respondent. | Case No. 18-cv-00789-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

  Petitioner Frederick Brown has not complied with the Court's order to (i) file a complete application to proceed *in forma pauperis* ("IFP"), or (ii) pay the $5.00 filing fee. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, Brown may move to reopen this habeas action. Any such motion <u>must</u> contain a complete IFP application, or full payment for the $5.00 filing fee.

  The Clerk shall enter judgment in favor of respondent, and close the file.

  **IT IS SO ORDERED.**

**Dated:** March 23, 2018

_____
WILLIAM H. ORRICK
United States District Judge